UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                   Plaintiff,

                                                              Case # 24-MJ-00131

                  - against -
                                                              NOTICE OF APPEARANCE

JAOB YUSUFOV,

                                   Defendant.
-----------------------------------------------------------X


    Michael T. Jaccarino hereby submits his notice of appearance as counsel on behalf of the

defendant in the above captioned matter. He has been admitted to practice in this Court since

2013.



Dated: New York, New York
       February 16, 2024




                                                    ____/s/ Michael T. Jaccarino_____
                                                       Michael T. Jaccarino, Esq.