PP:KPO
F. #2023R00874

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JACOB YUSUFOV,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 24-326 (KAM)
(T. 18, U.S.C., §§ 2252(a)(4)(B),
2252(b)(2), 2253(a), 2253(b) and 3551 et
seq.; T. 21, U.S.C., § 853(p))

THE UNITED STATES ATTORNEY CHARGES:

<u>POSSESSION OF CHILD PORNOGRAPHY</u>

      1.     In or about and between January 2022 and February 2024, both dates

being approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant JACOB YUSUFOV did knowingly and intentionally possess matter which contained

one or more visual depictions, to wit: videos and images stored on: (a) a teal Apple iPhone 11

cellular telephone with serial number F4GF608NN72X and (b) a Samsung thumb drive with no

visible serial number, that had been mailed, and had been shipped and transported using one or

more means and facilities of interstate and foreign commerce and in and affecting interstate and

foreign commerce, and which were produced using materials which had been mailed and so

shipped and transported, by any means, including by computer, the production of such visual

depictions having involved the use of one or more minors engaging in sexually explicit conduct,

and such visual depictions were of such conduct.

      (Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551

et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.     The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture of: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from such offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to the following items, all seized by law enforcement on or about February 15, 2024, from the defendant's residence in Brooklyn, New York:

(a)     one teal Apple iPhone 11 cellular telephone with serial number F4GF608NN72X and

(b)     one Samsung thumb drive with no visible serial number.

3.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

3

(e)     has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other

property of the defendant up to the value of the forfeitable property described in this forfeiture

allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United

States Code, Section 853(p))


*By David Pitluck, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK