**U.S.D.J.  KIYO A. MATSUMOTO**        **DATE:**  8/14/2024        **TIME:** 11:00 a.m. – 11:44 am.

## CRIMINAL CAUSE FOR PLEADING

**USA - v – Jacob Yusufov (dob)**        **Docket No.** 24- CR- 326 [KAM]

**Defense Counsel:** John Esposito, Esq. (retained)        **CR:**  Annette Montalvo

**AUSA:** Katherine Onyshko, Esq.        **Deputy:** S. Jackson

__X__ Case Called

__X__ Defendant's First Appearance

__X__ Defendant: __X__ Sworn __X__ Arraigned __X__ Informed of Rights

__X__ Waiver of Indictment Executed for Defendant

__X__ Superseding Indictment/**Information Filed**

____ Bench Warrant Issued:_____

__X__ Defendant With Enters Plea of Guilty to Counts **all** of the Indictment/**Information.**

__X__ Court Finds Factual Basis for the Plea

__X__ Sentencing is scheduled for **12/10/2024 at 11:00am.**

__ Bail/Bond: ____ Set ____ Continued for Defendant ____ Continued in Custody

____ Case Adjourned to ____/____/____ at _____

__X__ Court accepts the Plea of Guilty.

__X__ Transcript Ordered

__X__ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections, corrections or comments to the Presentence Report (PSR). Defense counsel must respond to PSR within two weeks of receipt of the psr, the government will respond one week thereafter. PSR objections shall be directed to the probation officer but need not be filed via ecf.

**X** Sentencing motions/submissions or letters of support on behalf of the defendant (apart from PSR objections) shall be submitted as follows: Counsel on behalf of the defendant shall file a sentencing. memoranda by close of business on **11/19/2024**, the government will respond by **11/26/2024**, any reply by the defendant, shall be served and filed electronically by close of business on **12/3/2024** .